CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
OCT 1 1 2012
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **MARLIN L. RUDD,** | ) | **CASE NO. 7:12CV00348** |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| **vs.** | ) | |
| **REBECCA ARNEY, ET AL.,** | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as frivolous; plaintiff's pending motion for in forma pauperis status (ECF No. 14) is **DISMISSED** as moot; and this action is stricken from the active docket of the court.

**ENTER**: This 11th day of October, 2012.

[signature]
~~Senior~~ United States District Judge